UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-23544-BLOOM/Elfenbein

ALYSSA DOWLING,

     Plaintiff,

v.

ERIC KOMITEE,

     Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Plaintiff Alyssa Dowling's ("Plaintiff") Complaint, ECF No. [1], Motion for Leave to Proceed *In Forma Pauperis*, ECF No. [3], and Motion to Amend, ECF No. [4]. The matter was assigned to Magistrate Judge Marty Fulgueria Elfenbein pursuant to Administrative Order 2025-11. Because Judge Elfenbein did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendation ("R&R") recommending that Plaintiff's Complaint be dismissed with prejudice because Plaintiff fails to state a plausible claim for relief and has filed this lawsuit as part of a malicious, nationwide mass filing of the same threadbare Complaint and amendment would be futile and unwarranted. ECF No. [6]. She also recommended denying Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, ECF No. [3], and Motion to Amend, ECF No. [4].

The Report and Recommendation advised the parties they had "fourteen (14) days from the date of being served with a copy of this Report and Recommendation" to "file written objections." *Id*. at 8. To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's

Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Complaint is dismissed with prejudice, her Motion for Leave to Proceed *In Forma Pauperis* is denied, and her Motion for Leave to Amend is denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [6]**, is **ADOPTED**.

2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITH PREJUDICE**.

3. Plaintiff's Motion to Proceed *In Forma Pauperis*, **ECF No. [3]**, is **DENIED**.

4. Plaintiff's Motion to Amend, **ECF No. [4]**, is **DENIED**.

5. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

6. The Clerk of Court shall administratively **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on June 12, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Alyssa Dowling
631 Waterman St

Wichita, KS 67208
PRO SE